# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CYNTHIA WILLIAMS, as Personal Representative of the Estate of AUSTIN VANCE, deceased,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS FOR CLEVELAND COUNTY, JOHN DOE OFFICERS OF CLEVELAND COUNTY DETENTION CENTER, JOSEPH K. LESTER, in his individual and official capacity as the Sheriff of Comanche County Detention Center, and JOHN DOE EMERGENCY ROOM PHYSICIANS, and NORMAN REGIONAL HOSPITAL SYSTEM; TURN KEY HEALTH CLINICS, LLC; and JOHN DOE EMPLOYEES OF TURN KEY HEALTH CLINICS, LLC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No.:CIV-17-01051-C<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DIMISSAL

COMES NOW, the Parties, above-captioned, to wit: Plaintiff, Cynthia Williams: Norman Regional Hospital Authority, a public trust, d/b/a Norman Regional Health System and Norman Regional Hospital, (incorrectly designated as Norman Regional Hospital System); Turn Key Health Clinics, LLC and John Doe Employees of Turn Key Health Clinics, LLC and pursuant to the FRPC 41, hereby enters their stipulation that the above-captioned matter is dismissed without prejudice against only the Defendants named herein. All the named

parties in this matter have agreed and stipulated, by their signatures below, that this matter should be dismissed without prejudice, with each party to bear her/its own cost and attorney fees.

WHEREFORE, premises considered, the parties pray that this Honorable Court dismiss this matter relative to the Defendants named herein only, without prejudice, from its docket.

Respectfully Submitted,

By: /s/Joshua B. Romano
SEAN P. SNIDER, OBA#22307
ALEXANDRA G. AHLOY, OBA#31210
JOSHUA B. ROMANO, OBA#32660
JOHNSON HANAN & VOSLER
9801 N. Broadway Extension
Oklahoma City, Oklahoma 73114
(405) 232-6100
(405) 232-6105 (fax)
Email: avosler@johnsonhanan.com
       aahloy@johnsonhana.com
       jromano@johnsonhanan.com
Attorneys for Defendants Turn Key Health Clinic, LLC
and John Doe Employees of Turn Keys Health Clinics

By: /s/E. Edouard Bonzie
E. EDOUARD BONZIE, OBA#15190
8201 S. Walker Avenue
Oklahoma City, Oklahoma 73139
( 405)-631-1021
( 405)-616-2488 (fax)
Attorney for Plaintiff
ed@edbonzielaw.com

By: /s/Carri A. Remillard
Glen D. Huff, OBA # 4449
Robert D. Hoisington, OBA #15090
Carri A. Remillard, OBA # 21539
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, Oklahoma 73102
(405)232-4633
(405)232-3462 (fax)
glenhuff@oklahoma counsel.com
roberthoisington@oklahoma counsel.com
carriremukkard@oklahoma counsel.com
Attorneys for Norman Regional Hospital System

## CERTIFICATE OF MAILING

      I hereby certify that on the 27th day of October, 2017, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and viz email and U.S. Mail to the below counsel of record:

Alexandra G. Ah Loy
Johnson, Hanan and Vosler
9801 N. Broadway Extension
Oklahoma City, OK 73114
(405) 232-6100
(405) 232-6105
aahloy@johnsonhanan.com
*Attorney for Defendant Turn Key Health Clinics, LLC*


Glen D. Huff
Robert D. Hoisington
Carri A. Remillard
201 Robert S. Kerr Avenue, 12th Floor
Oklahoma City, OK 73102
(405) 232-4633
(405) 232-3462
glenhuff@oklahomacounsel.com
roberthoisington@oklahomacounsel.com
carriremillard@oklahomacounsel.com
*Attorney for Defendant Norman Region Hospital Authority, a public trust*


Robert S. Lafferrandre
Randall J. Wood
Jessica L. Dark
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, LLP
Post Office Box 26350
Oklahoma City, OK 73126
(405) 235-1611
(450) 235-2904
Email: jdark@piercecouch.com
*Attorneys for Defendant Board of County Commissioners for Cleveland County, Sheriff Joe Lester*

                                                /s/E. Edouard Bonzie
                                                E. Edouard Bonzie