**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| CYNTHIA WILLIAMS, as Personal Representative of the Estate of Austin Vance, deceased, | ) ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-17-1051-C |
| BOARD OF COUNTY COMMISSIONERS FOR CLEVELAND COUNTY, et al., | ) ) ) | |
| Defendants. | ) | |

# **DEFENDANTS' FINAL WITNESS LIST**

COME NOW all named Defendants jointly and pursuant to this Court's Scheduling Order at Doc. 39, and hereby list the following individuals as witnesses at trial of this matter:

| <u>NO.</u> | **WITNESS** | **ANTICIPATED TESTIMONY** |
|---|---|---|
| 1. | Cynthia Williams<br>c/o Ed Bonzie | Deposed. |
| 2. | Todd Gibson*<br>c/o Jessica L. Dark<br>1109 North Francis Avenue<br>Oklahoma City, OK 73106 | Sheriff Gibson will testify regarding the policies and procedures of the Cleveland County Sheriff's Office and Cleveland County Detention Center; will testify regarding training provided to detention center staff; will testify regarding experience as law enforcement officer. |
| 3. | Sgt. Adam Crane*<br>Norman Police Department<br>201 West Gray Street<br>Norman, OK 73069 | Officer Crane will testify regarding Decedent's arrest on April 26, 2016; observations of and interactions with Decedent; transport of Decedent to Norman Regional Hospital; transport of Decedent to Cleveland County Detention Center. |

| **NO.** | **WITNESS** | **ANTICIPATED TESTIMONY** |
|---|---|---|
| 4. | Kurt Feighner, DO*<br>901 North Porter Avenue<br>Norman, Oklahoma | Treating provider of Decedent prior to his incarceration; will testify regarding Decedent's medical and mental health condition prior to the incident with Defendants; will testify regarding issuing a "Fit for Incarceration" slip for Decedent; will testify regarding interactions with and observations of Decedent; as a treating provider, a Rule 26 report is not required. |
| 5. | Kristi Stricklen*<br>405-532-2545 | Former registered medical assistant who worked for Turn Key Health at the Cleveland County Jail in April of 2016; Stricklen will testify regarding performing the medical intake and assessment of Decedent upon arrival at the jail; will testify regarding interactions with and observations of Decedent; will testify regarding several sight checks of Decedent before and after he was placed into the restraint chair. |
| 6. | Tamara Jackson, LPN*<br>580-339-6564 | Former nurse who worked for Turn Key health at the Cleveland County Jail in April of 2016; Jackson will testify regarding observations of Decedent; will testify regarding several sight checks of Decedent before and after he was placed into the restraint chair and approval of restraint chair device. |
| 7. | Lt. James Glasco*<br>c/o Jessica L. Dark<br>1109 North Francis Avenue<br>Oklahoma City, OK 73105 | Lieutenant at Cleveland County Jail; will testify to authenticate the video evidence. |
| 8. | Josh Coffey*<br>c/o Jessica L. Dark<br>1109 North Francis Avenue<br>Oklahoma City, OK 73106 | Named defendant and former Cleveland County detention officer; will testify regarding Decedent's incarceration in the jail; observations of and interactions with Decedent; to refute allegations in Plaintiff's Fourth Amended Complaint. |

| **NO.** | **WITNESS** | **ANTICIPATED TESTIMONY** |
|---|---|---|
| 9. | Coltan Coley* <br> c/o Jessica L. Dark <br> 1109 North Francis Avenue <br> Oklahoma City, OK 73106 | Named defendant and former Cleveland County detention officer will testify regarding Decedent's incarceration in the jail; observations of and interactions with Decedent; to refute allegations in Plaintiff's Fourth Amended Complaint. |
| 10. | Dakota Norman* <br> c/o Jessica L. Dark <br> 1109 North Francis Avenue <br> Oklahoma City, OK 73106 | Named defendant and former Cleveland County detention officer will testify regarding Decedent's incarceration in the jail; observations of and interactions with Decedent; to refute allegations in Plaintiff's Fourth Amended Complaint. |
| 11. | Saysha Cornish* <br> c/o Jessica L. Dark <br> 1109 North Francis Avenue <br> Oklahoma City, OK 73106 | Named defendant and current Cleveland County Sheriff's deputy will testify regarding Decedent's incarceration in the jail; observations of and interactions with Decedent; to refute allegations in Plaintiff's Fourth Amended Complaint. |
| 12. | Josh Harris* <br> c/o Jessica L. Dark <br> 1109 North Francis Avenue <br> Oklahoma City, OK 73106 | Named defendant and Cleveland County detention officer will testify regarding Decedent's incarceration in the jail; observations of and interactions with Decedent; to refute allegations in Plaintiff's Fourth Amended Complaint. |
| 13. | Tim Tipton* <br> 4832 October Drive <br> Edmond, Oklahoma 73034 | Law enforcement consultant; will testify regarding his education, training and experience; will testify to the reasonableness of the use of the restraint chair and spit mask on April 26, 2016; Rule 26 expert report has been submitted to Plaintiff's counsel. |

| **NO.** | **WITNESS** | **ANTICIPATED TESTIMONY** |
|---|---|---|
| 14. | Jeff Reames, M.D.*<br>4300 West Memorial Road<br>Oklahoma City, Oklahoma | Medical doctor; will testify regarding his education, training and experience; will testify regarding Plaintiff's alleged injuries, including causation and treatment; Rule 26 expert report has been submitted to Plaintiff's counsel. |
| 15. | Robin Mantooth, MD<br>901 North Porter Avenue<br>Norman, Oklahoma | Treating provider of Decedent following being found non-responsive by Defendants; will testify regarding Decedent's medical condition; will testify regarding observations of Decedent; as a treating provider, a Rule 26 report is not required. |
| 16. | Clay Nichols, MD<br>901 North Stonewall Avenue<br>Oklahoma City, Oklahoma | Medical Examiner who performed the autopsy of Decedent; will testify regarding observations of Decedent; will testify regarding cause and manner of death; a Rule 26 report is not required. |
| 17. | Byron D. Curtis, MD<br>901 North Stonewall Avenue<br>Oklahoma City, Oklahoma | Toxicologist who performed analysis of Decedent's blood; will testify regarding results of Decedent's laboratory and blood work; will testify regarding Decedent's level of illegal drugs at time of death. |
| 18. | Jason Rapp*<br>405-642-3165 | Ex-husband of Plaintiff; will testify regarding his interactions with and observations of Plaintiff, Decedent, and daughter; will discuss issues related to Plaintiff and Decedent's drug use. |
| 19. | Siavash Nael, M.D.*<br>4720 South Western Avenue<br>Oklahoma City, OK 73109 | Treating provider of Plaintiff; will testify regarding his treatment of Plaintiff prior to and following Decedent's death; will testify regarding prescriptions of drugs given to Plaintiff. |
| 20. | Decedent's medical and mental health providers prior to April 26, 2016 not specifically listed herein | |
| 21. | Plaintiff's medical and mental health providers on and after April 26, 2016 not specifically listed herein. | |
| 22. | Rebuttal and impeachment witness(es) if needed | |

4

| NO. | WITNESS | ANTICIPATED TESTIMONY |
|---|---|---|
| 23. | Witnesses for authentication purposes if needed | |
| 24. | Any witness called by Plaintiff and not objected to by this Defendant | |
| * | Denotes that this witness will be called. All others may be called. | |

Defendants reserve the right to supplement the list of witnesses.

Respectfully submitted,

 s/ Jessica L. Dark
Robert S. Lafferrandre, OBA No. 11897
Randall J. Wood, OBA No. 10531
Jessica L. Dark, OBA No. 31236
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma  73106
Telephone:  (405) 235-1611
Facsimile:   (405) 235-2904
jdark@piercecouch.com
*Attorneys for Defendants BOCC, Coffey, Coley, Norman, Cornish, Harris, and Kyle*

## CERTIFICATE OF SERVICE

This is to certify that on the 8th day of October, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

E. Ed Bonzie
*Attorney for Plaintiff*

 s/ Jessica L. Dark
Jessica L. Dark

5