## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

CYNTHIA WILLIAMS, as Personal )
Representative of the Estate of Austin )
Vance, deceased, )
                               )
               Plaintiff, )
                               )
v. )          Case No. CIV-17-1051-C
                               )
BOARD OF COUNTY COMMISSIONERS )
FOR CLEVELAND COUNTY, et al. )
                               )
               Defendants. )

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Cynthia Williams, as Personal Representative of the Estate of Austin Vance, deceased, by and through her counsel, moves to dismiss all claims against the Defendants Josh Coffey, Coltan Coley, Saysha Cornish, Josh Harris, Kameron Kyle, and Dakota Norman pursuant to Fed. R. Civ. P. 41(a)(1)(i). The dismissal of this action is with prejudice and each party bears his respective costs, including attorneys' fees.

Respectfully Submitted,

s/ E. Ed Bonzie
E. Ed Bonzie, OBA No. 15190
8201 S. Walker
Oklahoma City, Oklahoma 73139
405-631-1021 (Phone)
405-616-2488 (Fax)
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that on the _____ day of October, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert S. Lafferrandre
Randall J. Wood
Jessica L. Dark
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
*Attorneys for Defendants*

s/ E. Ed Bonzie_____
E. Ed Bonzie