## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CYNTHIA WILLIAMS, as Personal Representative of the Estate of Austin Vance, deceased,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS FOR CLEVELAND COUNTY, et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-17-1051-C<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Cynthia Williams, as Personal Representative of the Estate of Austin Vance, deceased, by and through her counsel, moves to dismiss all remaining claims against the Defendant Board of County Commissioners for Cleveland County, pursuant to Fed. R. Civ. P. 41(a)(1)(i) and constitutes dismissal of the entire action against all defendants. The dismissal of this action is with prejudice and each party bears his respective costs, including attorneys' fees.

Respectfully Submitted,

s/ E. Ed Bonzie
E. Ed Bonzie, OBA No. 15190
8201 S. Walker
Oklahoma City, Oklahoma 73139
405-631-1021 (Phone)
405-616-2488 (Fax)
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that on the 24th day of October, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Robert S. Lafferrandre
Randall J. Wood
Jessica L. Dark
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
***Attorneys for Defendants***

s/ E. Ed Bonzie
E. Ed Bonzie