IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CYNTHIA WILLIAMS, as Personal Representative of the Estate of Austin Vance, deceased,<br><br>   Plaintiff,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS FOR CLEVELAND COUNTY, et al.,<br><br>   Defendants. | Case No. CIV-17-1051-C |

## JUDGMENT

Upon consideration of the pleadings herein and the Court's accompanying Order of Dismissal,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered against Plaintiff and in favor of all Defendants.

DATED this 14th day of November, 2018.

_____
ROBIN J. CAUTHRON
United States District Judge